the defendants' evidence established that the final assessment was excessive to this extent. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING MARCUS, Appellant, v. STRAW BRAID EXCHANGE, INC., and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within twenty days from service of order upon payment of said costs and twenty dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HENRY ROSENBERG, Respondent, v. FREDERIC A. GIMBEL, Appellant.— Order modified by striking therefrom the provisions for an examination of the defendant as an adverse party before trial, and as so modified affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of RAYMOND P. STRINGHAM, an Attorney.— Reference ordered. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

FORD, BACON & DAVIS, INC., v. IRVING TRUST COMPANY, Impleaded with UNITED STATES FIDELITY AND CASUALTY COMPANY and FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FORD, BACON & DAVIS, INC., v. IRVING TRUST COMPANY, Impleaded with UNITED STATES FIDELITY AND CASUALTY COMPANY and FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CORINNE E. O'DONNELL v. WILLIAM J. O'DONNELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, v. NATIONAL SURETY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PETER FRANCASSA, Impleaded with WALTER GALLAGHER.— Motion for reargument denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NOEL BLEECKER FOX and HUBERT ABBE HOWSON, as Surviving Executors, and ELIZABETH C. RUMBOUGH and GILBERT COLGATE, JR., as Executors, etc., of GILBERT COLGATE, Deceased, Executor, etc., of WILLIAM COLGATE, Deceased. NOEL BLEECKER FOX and Others, Executors, etc. FRANK BEGGI and ANNIE COSTELLO, Claimants, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SCOTTISH UNION AND NATIONAL INSURANCE COMPANY and Another v. GEERY, GUTHRIE & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.